■ CATHERINE MCELLIGOTT, Respondent, v ROCHESTER-GENESEE REGIONAL TRANSPORTATION AUTHORITY et al., Appellants. [604 NYS2d 841] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendants' motion for summary judgment. Defendants failed to meet their burden of showing that plaintiff's cause of action has no merit (see, CPLR 3212 [b]; GTF Mktg. v Colonial Aluminum Sales, 66 NY2d 965, 967). (Appeal from Order of Supreme

Court, Monroe County, Cornelius, J.—Summary Judgment.) Present—Green, J. P., Balio, Fallon, Doerr and Boehm, JJ.